1

2

3

4

5

6

7

8

9                      UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12    DANIEL T. SCHAEFER,                          No.  2:19-cv-0841 KJM CKD P

13                  Plaintiff,

14         v.                                      ORDER

15    A. HUBBARD, et al.,

16                  Defendants.

17

18         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

19    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

20    by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21         On June 21, 2019, the magistrate judge filed findings and recommendations, which were

22    served on plaintiff and which contained notice to plaintiff that any objections to the findings and

23    recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the

24    findings and recommendations.

25         The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

26    F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

27    *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the

28    magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").

1

Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 21, 2019 are adopted in full;

2. Plaintiff's claim for intentional infliction of emotional distress is dismissed; and

3. This matter is referred back to the assigned magistrate judge for further proceedings.

DATED: July 23, 2019.

_____
UNITED STATES DISTRICT JUDGE