IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**DANIEL T. SCHAEFER,**

Plaintiff,

v.

**A. HUBBARD, et al.,**

Defendants.

Case No. 2:19-cv-00841 KJM CKD (PC)

**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER**

Judge: The Honorable Carolyn K. Delaney
Trial Date: Not Set
Action Filed: May 13, 2019

Defendants Hubbard and Fausto have requested a modification of the Discovery and Scheduling Order to extend the FRCP Rule 30 deposition deadline until May 21, 2020 and to extend the deadline to file dispositive motions until August 20, 2020. Good cause appearing therein, IT IS HEREBY ORDERED that:

1. Defendants' motion requesting a modification of the Discovery and Scheduling Order is GRANTED; and
2. The FRCP Rule 30 deposition deadline of February 21, 2020 is vacated; and
3. The parties shall complete FRCP Rule 30 depositions no later than May 21, 2020; and
4. The dispositive motion deadline of May 22, 2020 is vacated; and

///

1

5. The parties shall file dispositive motions no later than August 20, 2020.

Dated:  February 21, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE